HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
PHOUVANH DUBEE VONGSENEKEO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:13-cr-0331 AWI / BAM |
|---|---|---|
| *Plaintiff,* | ) ) ) | STIPULATION AND ORDER ADVANCING HEARING |
| vs. | ) ) | |
| PHOUVANH DUBEE VONGSENEKEO, | ) ) ) | DATE: November 18, 2013<br>TIME: 10:00 a.m.<br>JUDGE: Anthony W. Ishii |
| *Defendant.* | ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the Second Status Conference currently set for December 9, 2013, at 1:00 p.m., **may be advanced and rescheduled to November 18, 2013 at 10:00 a.m. for a change of plea hearing before the Honorable Anthony W. Ishii.**

The parties have entered into a plea agreement and have agreed to set the matter for a change of plea November 18, 2013.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                          Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

DATED: November 14, 2013          By:    */s/ Kevin P. Rooney*
                                                             KEVIN P. ROONEY
                                                             Assistant United States Attorney
                                                             Attorney for Plaintiff


                                          HEATHER E. WILLIAMS
                                          Federal Defender

DATED: November 14, 2013          By:    */s/ Peggy Sasso*
                                                             PEGGY SASSO
                                                            Assistant Federal Defender
                                                            Attorney for Defendant
                                                            PHOUVANH DUBEE VONGSENEKEO


**O R D E R**

IT IS SO ORDERED.

Dated:  November 14, 2013            _____
                                                 SENIOR DISTRICT JUDGE